STATE OF NORTH CAROLINA v. WILLIE DARRYL HARRIS

No. 8826SC183

(Filed 4 October 1988)

**Robbery § 1.2— common law robbery lesser offense of armed robbery**
    Defendant who was indicted and tried for armed robbery in violation of N.C.G.S. § 14-87 could properly be convicted of common law robbery as a lesser included offense.

APPEAL by defendant from *Griffin, Kenneth A., Judge.* Judgment entered 25 September 1987 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 8 September 1988.

Henderson v. N.C. Dept. of Human Resources

*Attorney General Thornburg, by Associate Attorney General Barbara A. Shaw, for the State.*

*De Vore and Mundorf, by Jon G. Mundorf, for defendant appellant.*

PHILLIPS, Judge.

Indicted and tried for armed robbery in violation of G.S. 14-87 defendant was convicted of common law robbery as a lesser included offense. Relying upon the reasoning of our Supreme Court in *State v. Hurst*, 320 N.C. 589, 359 S.E. 2d 776 (1987), where it was ruled that felonious larceny is not a lesser included offense of armed robbery, defendant's only contention here is that common law robbery is not a lesser included offense of armed robbery and the court erred in charging the jury and in accepting a verdict thereon. But since *Hurst* was overruled by *State v. White*, 322 N.C. 506, 369 S.E. 2d 813 (1988), in which the Supreme Court reaffirmed its holding in *State v. Joyner*, 312 N.C. 779, 324 S.E. 2d 841 (1985) and other cases that common law robbery is a lesser included offense of armed robbery, defendant's contention must be and is overruled.

No error.

Judges EAGLES and PARKER concur.